## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ROBERT A. WOODFIN (#643670)**                                    **CIVIL ACTION**

**VERSUS**                                                                    **NO. 22-01524-JWD-EWD**

**UNKNOWN CALDWELL, ET AL.**

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 26, 2024 (Doc. 2), to no objection was filed;

**IT IS ORDERED** that this lawsuit is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on December 13, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**